**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-326-GPG
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

JASON D. STEELE,

    Plaintiff,

v.

DEPUTY BOYD,
DEPUTY SHARK,
DEPUTY WALSH,
SGT MAURORE,
CAPTAIN SMITH
NURSE NAME UNKNOWN,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff, Jason D. Steele, is currently detained at the Denver County Jail. On February 9, 2016, he submitted *pro se* a Prisoner Complaint (ECF No. 1) based on events that occurred while he was detained at the Clear Creek County Jail.

As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following ifshe wishes to pursue any claims in this action. Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) _X_    is not submitted
(2) ___    is missing affidavit

1

(3) __   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) __   is missing certificate showing current balance in prison account
(5) __   is missing required financial information
(6) __   is missing authorization to calculate and disburse filing fee payments
(7) __   is missing an original signature by the prisoner
(8) __   is not on proper form
(9) __   names in caption do not match names in caption of complaint, petition or habeas application
(10) _X_   other: In the alternative, Plaintiff may pay the $400.00 filing fee.

**Complaint, Petition or Application**:
(11) __   is not submitted
(12) __   is not on proper form
(13) __   is missing an original signature by the prisoner
(14) __   is missing page nos.
(15) __   uses et al. instead of listing all parties in caption
(16) __   names in caption do not match names in text
(17) _X_   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) __   other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and the Prisoner Complaint forms (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov and use those forms to cure the deficiencies. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED February 11, 2016, at Denver, Colorado.

                    BY THE COURT:
                    s/ Gordon P. Gallagher
                    United States Magistrate Judge