**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-326-GPG

JASON D. STEELE,

    Plaintiff,

v.

DEPUTY BOYD,
DEPUTY SHARK,
DEPUTY WALSH,
SGT MAURORE,
CAPTAIN SMITH
NURSE NAME UNKNOWN,

    Defendants.

## THIRD ORDER TO CURE DEFICIENCIES

    Plaintiff, Jason D. Steele, is currently detained at the Denver County Jail. On February 9, 2016, he submitted *pro se* a Prisoner Complaint (ECF No. 1) based on events that occurred while he was detained at the Clear Creek County Jail.

    On February 11, 2016, the court reviewed the Complaint pursuant to D.C.COLO.LCivR 8.1(b) and determined it was deficient. The Court ordered Mr. Steele to cure the designated deficiencies within thirty days if he wished to pursue his claims in this action. (ECF No. 3). Specifically, the Court directed Mr. Steele that he must submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 or, in the alternative, pay the filing fee. Additionally, the Court ordered Plaintiff to submit a Complaint that included addresses for the defendants.

In response to the Court's Order, Mr. Steele submitted a "Prisoner's Motion and Affidavit For Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24" and the "Parties" section of a complaint. (ECF No. 4).  However, the Court again determined that the submitted documents were deficient.  Therefore, the Court ordered Mr. Steele to cure the designated deficiencies within thirty days if he wished to pursue his claims in this action. (ECF No. 5).  Specifically, the Court informed Mr. Steele that his § 1915 Motion must be submitted on the correct court-approved form, not the form used for appeals.  Additionally, the Court informed Mr. Steele that he cannot submit one page of a complaint in order to cure noted deficiencies; instead, a complete complaint, with all of the pages, must be submitted.  Mr. Steele was warned that the Court will not piece together separate pages, filed at different times, in order to compile a complete complaint.

In response, on March 14, 2016, Mr. Steele filed an Amended Prisoner Complaint. (ECF No. 6).  A day later, he filed a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action (ECF No. 7), a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 8), and a "Supplement to Amended Complaint" (ECF No. 9).

The Amended Prisoner Complaint (ECF No. 6) is still deficient because it is not a complete complaint.  It does not contain the "Claims" or "Request for Relief" sections and is not dated and signed by the Plaintiff.  The missing sections, as well as a date and signature by the Plaintiff, were submitted in the "Supplement to Amended Complaint" (ECF No. 9).  Plaintiff was already specifically warned in the February 25, 2016 Order that the Court will not piece together separate pages, filed at different times, in order to

compile a complete complaint.  Instead, a complete complaint must be submitted. Because it appears that Plaintiff is attempting to comply with the Court's orders, he will be given one final opportunity to cure the deficiencies and submit a **complete complaint** with all of the pages and sections.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER OREDERED that Plaintiff shall obtain the court-approved Prisoner Complaint form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov and use this form to cure the deficiencies.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED March 30, 2016, at Denver, Colorado.

>               BY THE COURT:
>               s/ Gordon P. Gallagher
>               United States Magistrate Judge

3